**Tony Edward POWELL,**
**Plaintiff–Appellant,**

v.

**David MADDOX, Michael House; Co II Wilson; Co II Horn; Brandon Atchley, Defendants–Appellees.**

No. 03–10414

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 20, 2003.

Tony Edward Powell, pro se, Florence, CO, for Plaintiff–Appellant.

Amber Lea Adams, Office of the Attorney General for the State of Texas, Austin, TX, for Defendants–Appellees.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM:*

Tony Edward Powell, former Texas inmate # 526334, appeals the dismissal of his civil rights complaint under 28 U.S.C. §§ 1915(e)(2) and 1915A for failure to state a claim for which relief could be granted. Powell's motion to amend his brief is GRANTED.

Powell alleged that prison officials used excessive force on him in an altercation that resulted in his loss of good time credits, among other things. A prisoner attacking a disciplinary proceeding that resulted in the loss of good-time credits cannot bring a 42 U.S.C. § 1983 action seeking damages until his "conviction" in that proceeding has been expunged, reversed, or otherwise set aside. *Edwards v. Balisok*, 520 U.S. 641, 648, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997); *Clarke v. Stalder*, 154 F.3d 186, 189 (5th Cir.1998) (en banc). Powell is unable to show that his disciplinary conviction has been set aside. *See Randell v. Johnson*, 227 F.3d 300, 301 (5th Cir.2000).

The judgment of the district court is AFFIRMED. Powell's motion for the appointment of counsel is DENIED. *See Ulmer v. Chancellor*, 691 F.2d 209, 212 (5th Cir.1982).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.